**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2356**

In re: ALEXANDER OTIS MATTHEWS,

    Petitioner.

On Petition for Writ of Mandamus
(Nos. 1:11-cr-00087-LO-1; 1:11-cr-00348-LO-1; 1:12-cv-00132-LO)

Submitted: March 29, 2018                    Decided: April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Alexander Otis Matthews, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Matthews petitions for a writ of mandamus. He seeks an order from this court directing the district court to act on this court's judgment vacating the district court's order and remanding. Our review of the district court's docket reveals that the district court entered an order on December 12, 2017, directing the Government to respond to Matthew's modified motion for reconsideration. The Government responded on February 8, 2018, and Matthews filed a reply on February 20, 2018. Accordingly, because the district court has recently acted on Matthews' case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*